# National Credit Systems, Inc.
## New Business Acknowledgment Report

Date: 04/18/2023
Time: 06:16:15 AM
Page: 1

Client No: 
Rate:

Please review the information below and confirm the accuracy of the amounts being submitted for collection.
It is of critical importance that NCS pursues recovery on verifiably correct account balances only from the parties who are legally responsible. NCS must be informed immediately if a former resident is represented by an attorney, has filed bankruptcy, or if any adjustments to the account are necessary.

** Indicates the account cannot be reported to credit bureaus, as it is missing the consumer's social security number AND date of birth.

| Name | Your Acct # | Amount Placed | Remarks | Our ID # |
|---|---|---|---|---|
|  |  | $ |  |  |
|  |  | $ |  |  |
| Totals: | 2 | $19,880.37 |  |  |