**Parc 410**

5827 NW Loop 410

San Antonio, TX 78238

(210) 681-6901

communitydirector@parc410.com

**Lisa Krejci**
451 3rd Avenue
Saint Libory, NE 68872

| Lease Information | |
|---|---|
| Unit | 1410 |
| Lease Dates | 4/8/2020 - 3/31/2021 |
| Move In | 04/08/2020 |
| Notice Given | 11/25/2020 |
| Move Out | 01/01/2021 |
| Reason For Leaving | Employment Transfer |
| Prepared On | 01/11/2021 |
| Prepared By | Miguel Alvarado |

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

## Final Account Statement

### Ledger at Move Out

| Date | Description | Notes | Amount |
|---|---|---|---|
| 11/30/2020 | Balance as of 11/30/2020 | | -790.85 |
| 12/01/2020 | Pest Control Fees | | 4.00 |
| 12/01/2020 | Rent | | 720.00 |
| 12/01/2020 | Utility Processing Fee Income | | 3.50 |
| 12/01/2020 | Trash Charge | | 8.00 |
| 12/01/2020 | Sewer - 8/26/2020 - 9/24/2020 | | 24.63 |
| 12/01/2020 | Water Charge - 8/26/2020 - 9/24/2020 | | 30.72 |
| 01/01/2021 | Sewer - 10/24/2020 - 1/1/2021 | | 61.36 |
| 01/01/2021 | Water Charge - 10/24/2020 - 1/1/2021 | | 76.71 |
| 01/01/2021 | Sewer - 9/25/2020 - 10/23/2020 | | 25.42 |
| 01/01/2021 | Water Charge - 9/25/2020 - 10/23/2020 | | 31.78 |
| 01/01/2021 | Pest Control Fees | | 0.00 |
| 01/01/2021 | Rent | | 0.00 |
| 01/01/2021 | Utility Processing Fee Income | | 0.00 |
| 01/01/2021 | Trash Charge | | 0.00 |
| 01/08/2021 | Payment | | -57.20 |
| | Total | | 138.07 |

### Deposits

| Date | Description | Notes | Amount |
|---|---|---|---|
| | Deposits on hand | | 0.00 |

**Note**

### Summary

| | |
|---|---|
| Total outstanding charges | 138.07 |
| Deposits applied to balance | 0.00 |
| **Total Due** | **138.07** |
| Deposit refund | 0.00 |
| Payment refund | 0.00 |
| **Total Refund** | **0.00** |

_signature_

Manager Signature

KRECJI V. NCS
INITIAL PRODUCTION BATES NO. 002