| | |
|---|---|
| From: | PARC 410 <assistantmanager@parc410.com> |
| Sent: | Tuesday, August 18, 2020 5:40 PM |
| To: | Kristin Muse |
| Subject: | Re: Collection File Update |

Hello,

Yes I do have some ready for pickup and I will get them ready for you in the morning.

Thank you

>    Miguel "Michael" Alvarado
>    Assistant Manager
>    Parc 410
>    5827 NW Loop 410
>    San Antonio, TX 78238
>    (210)681-6901 office
>    (210)680-3849 fax
>    assistantmanager@Parc410.com
>    

**From:** Kristin Muse <kmuse@nationalcreditsystems.com>
**Sent:** Tuesday, August 18, 2020 1:38 PM
**To:** PARC 410 <assistantmanager@parc410.com>
**Subject:** Collection File Update

Hi Michael,

Do you have any files needing to go to collections? I do not believe the Resman Integration is complete so I am picking up files from the Reep properties. Also, it has been a while since you last placed. Please let me know if you would like me to stop by. I will be out tomorrow picking up files.

Thank you,

**Kristin Muse | Regional Sales Director**

210-859-8139  Direct
800-530-2128  Office
www.nationalcreditsystems.com


Yvette Davis
Exhibit
4

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS.* IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

| | |
|---|---|
| From: | PARC 410 <assistantmanager@parc410.com> |
| Sent: | Wednesday, February 19, 2020 9:31 AM |
| To: | Kristin Muse |
| Subject: | Re: Files for Collections |

Good morning,

It's great to hear from you I have a box ready for pick up and looking forward to the upcoming integration with Resman.  Parc410

Any questions please let me know,
Thank you

>	Miguel "Michael" Alvarado
>	Assistant Manager
>	Parc 410
>	5827 NW Loop 410
>	San Antonio, TX 78238
>	(210)681-6901 office
>	(210)680-3849 fax
>	assistantmanager@Parc410.com



---

**From:** Kristin Muse <kmuse@nationalcreditsystems.com>
**Sent:** Wednesday, February 19, 2020 8:28 AM
**To:** assistantmanager@4000horizonhill.com <assistantmanager@4000horizonhill.com>; assistantmanager@liveatatrium.com <assistantmanager@liveatatrium.com>; communitydirector@avenueatconverse.com <communitydirector@avenueatconverse.com>; assistantmanager@knollcrestsa.com <assistantmanager@knollcrestsa.com>; PARC 410 <assistantmanager@parc410.com>; assistantmanager@ridgeatsouthcross.com <assistantmanager@ridgeatsouthcross.com>; communitydirector@liveatstratton.com <communitydirector@liveatstratton.com>
**Subject:** Files for Collections

Good morning,

Here is your friendly reminder to get your files into collections. Currently Reep and NCS are working on getting the properties set up on the Resman integration. Until this has been completed, I can come by to pick up any files you have ready for collections. Next month the integration should be complete and you can start sending files via Resman. Please let me know if you have any questions or need further assistance.

1

Thank you,

**Kristin Muse | Regional Sales Director**



800-530-2128 Office
www.nationalcreditsystems.com

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

| | |
|---|---|
| **From:** | Christopher Singleterry |
| **Sent:** | Friday, May 21, 2021 10:08 AM |
| **To:** | Kathy Cadena; Kristin Muse; Dalilah Cortez; Kayleigh Call; Javier Ramon; Elsa Gonzales; Dalilah Cortez |
| **Subject:** | RE: Collection Files Update |

Hello team,
Is anyone else experiencing the same issue ?
Thanks

Chris Singleterry
Regional Manager
REEP Management
8207 Callaghan Rd.
San Antonio, TX 78230
Phone: (210) 963-7075 Ext. 2
Email: Chris@REEPmanagement.com

**REEP | MANAGEMENT**

---

**From:** Kathy Cadena <assistantmanager@ridgeatsouthcross.com>
**Sent:** Friday, May 21, 2021 10:06 AM
**To:** Kristin Muse <kmuse@nationalcreditsystems.com>; Dalilah Cortez <communitydirector@avenueatconverse.com>; Kayleigh Call <communitydirector@knollcrestsa.com>; Javier Ramon <Communitydirector@liveatatrium.com>; Elsa Gonzales <communitydirector@parc410.com>; Dalilah Cortez <communitydirector@liveatstratton.com>
**Cc:** Christopher Singleterry <Chris@REEPManagement.com>
**Subject:** Re: Collection Files Update

Hi Kristin,

I have had my files ready for pick up for like a month, but no one ever came by.

Respectfully,

**Katherine Cadena**
Assistant Manager
Ridge at Southcross/4700 Stringfellow St,
San Antonio, TX 78223
210-532-8775 office/210-533-6461 fax



---

**From:** Kristin Muse <kmuse@nationalcreditsystems.com>
**Sent:** Friday, May 21, 2021 10:03 AM
**To:** Dalilah Cortez <communitydirector@avenueatconverse.com>; Kayleigh Call <communitydirector@knollcrestsa.com>; Javier Ramon <Communitydirector@liveatatrium.com>; Elsa Gonzales

1

<communitydirector@parc410.com>; Dalilah Cortez <communitydirector@liveatstratton.com>; Kathy Cadena <assistantmanager@ridgeatsouthcross.com>

**Subject:** Collection Files Update

Good morning and Happy Friday!

Here is your friendly reminder to get your files into collections. I was notified that the communities will be placing accounts via integration. Please let me know if you need any help submitting files via integration or if you have files that need to be picked up.

Thank you and have a terrific weekend!!

**Kristin Muse | Regional Sales Director**



210-859-8139  Direct
800-530-2128  Office
www.nationalcreditsystems.com

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

| | |
|---|---|
| **From:** | Miguel Alvarado |
| **Sent:** | Thursday, April 22, 2021 9:19 AM |
| **To:** | Kristin Muse |
| **Subject:** | Parc410 Apartments |

Hello Kristin,

I want to ask, if possible, you could pick up boxes I have in my office I have been trying to scan and get them to collections unfortunately I never find the time I am reviewing and sending current move-outs, but these are back dated move-outs, and I don't want them to get too far ahead.

Any questions please let me know, thank you

*Miguel (Michael) Alvarado*
*Assistant Manager*
*Parc 410*
*5827 NW Loop 410*
*San Antonio, Texas 78238*
*Office: 210-681-6901*
*Fax: 210-680-3849*
*www.parc410.com*



1