Katrina DeMarte (*Pro Hac Vice*)
DeMarte Law, PLLC
39555 Orchard Hill Place
Suite 600 / PMB 6338
Novi, MI 48375
Tel: 313-509-7047
katrina@demartelaw.com

Jeffrey Alan Paris
State Bar No. 113527
PARIS and PARIS, LLP
11901 Santa Monica Blvd.
Suite 517
Los Angeles, CA 90025
(310) 392-8722 – Telephone
(310) 392-1768 – Telecopy
PandP424@aol.com

Counsel for Defendant
National Credit Systems, Inc.

EXHIBIT 11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LISA KREJCI, | CASE NO.: 2:23-cv-06709-MEMF-RAO |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF JONATHAN E. GREEN IN SUPPORT OF DEFENDANT NATIONAL CREDIT SYSTEMS, INC.'S REPLY MEMORAUNDUM RE: MOTION FOR SUMMARY JUDGMENT** |
| NATIONAL CREDIT SYSTEMS, INC., and TRANS UNION LLC, | |
| Defendants. | Honorable Maame Ewusi-Mensah Frimpong |
| | Courtroom No. 8B |

1

DECLARATION OF JONATHAN E. GREEN

I, Jonathan E. Green, declare:

1.     I am the General Counsel for National Credit Systems, Inc. ("NCS"). I submit this declaration in support of NCS's Reply Memorandum in support of NCS's Motion for Summary Judgment. I am over the age of 18 and have personal knowledge of the facts in this declaration. I am competent to testify to the facts declared below, and could testify truthfully to them if required.

2.     The original declaration I made in support of NCS's Motion for Summary Judgment, and filed with the Court, was made under penalty of perjury.

3.     The statements I made in the original declaration, which are incorporated herein by reference, are true and correct.

4.     Attached hereto as **Exhibit I** is a true and correct copy of NCS's client agreement with Reep Management.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 5, 2025, in Cobb County, Georgia.

_____
Jonathan E. Green

# CERTIFICATE OF SERVICE

I certify that on June 5, 2025, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 5. 2025

By: _/s/ Katrina M. DeMarte_