1  Craig C. Marchiando (SBN 283829)
   **CONSUMER LITIGATION ASSOCIATES, P.C.**
2  Four Embarcadero Center, Suite 1400
   San Francisco, CA 94111
3  Tel: (757) 930-3660
   Fax: (757) 930-3662
4  craig@clalegal.com

5  *Attorney for Plaintiff*

6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11 LISA KREJCI,                    ) Case No: 2:23-cv-6709-MEMF(RAOx)
                                   )
12              Plaintiff,         )
                                   ) **AMENDED NOTICE OF HEARING**
13                                 ) **ON PLAINTIFF'S MOTIONS** *IN*
        vs.                        ) *LIMINE*
14                                 )
                                   ) Hearing Date: February 25, 2026
15 NATIONAL CREDIT SYSTEMS,        ) PreTrial Conference: February 25, 2026
   INC., and TRANS UNION LLC,      ) Trial date: March 16, 2026
16                                 )
17              Defendants.        )
                                   )
18                                 )
19                                 )
20                                 )
21                                 )
22                                 )
23                                 )
24                                 )
25
26
27
28

Amended Notice of Hearing on Plaintiff's *Motions in Limine*

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    Plaintiff hereby gives notice that the hearing on plaintiff's motions *in limine* (Docket No. 82), previously scheduled for October 1, 2025, shall now be conducted at the re-scheduled Pretrial Conference, on February 25, 2026, at 10:00 a.m., before the Honorable Maame Ewusi-Mensah Frimpong in Courtroom 8B of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, CA, 90012, 8th Floor.

Dated:  January 28, 2026        Respectfully Submitted,

                                        **LISA KREJCI**

                                        *By: /s/ Craig C. Marchiando*

CRAIG C. MARCHIANDO
(Cal. Bar No. 283829)
CONSUMER LITIGATION ASSOCIATES, P.C.
Four Embarcadero Center, Ste 1400
San Francisco, CA 94111
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: craig@clalegal.com

ALEXANDER B. TRUEBLOOD
(Cal. Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone:  (800) 616-9325
Facsimile:  (800) 616-9325
Email: alec@hush.com

Attorneys for Plaintiff
LISA KREJCI