**YU | MOHANDESI LLP**

**Brett B. Goodman** (SBN 260899)
858.757.7262 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Katrina DeMarte
*Admitted Pro Hac Vice*
MI Bar No P81476; CO Bar No. 43135; GA Bar No. 821011
DeMarte Law, PLLC
39555 Orchard Hill Place PMB 6338
Novi, MI 48375
Phone No. (313) 509-7047
Email: Katrina@demartelaw.com

Attorneys for Defendant
National Credit Systems, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KREJCI,<br><br>             Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC., and TRANS UNION LLC,<br><br>             Defendants. | Case No.: 2:23-CV-06709-MEMF-RAO<br><br>**DEFENDANT NATIONAL CREDIT SYSTEMS, INC.'S NOTICE OF JURY INSTRUCTIONS APPROVED IN OTHER MATTERS**<br><br>Honorable Maame Ewusi-Mensah Frimpong |

NOTICE

**TO THE HONORABLE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant National Credit Systems, Inc. ("NCS"), hereby lodges jury instructions which have been approved for use in the other cases, and which NCS believes may assist the parties with resolving some of their disagreements as to Jury Instructions in this case. The Jury Instructions relate to the following cases:

1. **Exhibit A:** *Chiddy Golden v. Ford Motor Credit Company LLC*, United States District Court for the Central District of California, Case No. 2:24-cv-02935-SB-JPR;
    a. Jury Instructions 8-10 and 17.
2. **Exhibit B:** *Seungtae Kim v. BMW Financial Services N.A., LLC, et al.*, United States District Court for the Central District of California, Case No. 2:14-cv-01752-BRO-JC;
    a. Jury Instructions 26-28, 31, and 34-36.
3. **Exhibit C:** *Harold Clay, et al. v. Equityexperts.org, LLC*, United States District Court for the Northern District of Georgia, Case No. 1:21-cv-02540-LMM-JEM;
    a. Relevant Jury Instructions are included on pages 7-9.

Dated: February 11, 2026            **DeMarte Law, PLLC**

                                    By:  */s/ Katrina M. DeMarte*
                                         Katrina M. DeMarte
                                         Attorney for Defendant
                                         National Credit Systems, Inc.

YU | MOHANDESI LLP
633 W. Fifth Street, Suite 2800
Los Angeles, CA 90071

**CERTIFICATE OF SERVICE**

I certify that on February 11, 2026, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: February 11, 2026

By: _Katrina M. DeMarte_

2
CERTIFICATE OF SERVICE